# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| THE BANK OF NEW YORK<br><br>    Plaintiff(s),<br> v.<br>MARIO LOPEZ<br><br>    Defendant(s).<br>_____/ | No. C 09-05432 MEJ<br><br>**ORDER VACATING HEARING RE: PLAINTIFF'S MOTION TO REMAND** |

Pending before the Court is Plaintiff's motion to remand, filed on December 8, 2009. (Dkt. #5.) However, Plaintiff noticed the motion for a hearing on January 7, 2010. Plaintiff's noticed hearing date does not comply with Civil Local Rule 7. Accordingly, the Court hereby VACATES the January 7 hearing. Plaintiff shall re-notice its motion pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: December 9, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK,

        Plaintiff,

v.

MARIO LOPEZ et al,

        Defendant.

Case Number: CV09-05432 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Lopez
17361 Lake View Drive
Morgan Hill, CA 95037

Dated: December 9, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2