IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK,

    Plaintiff,                          No. C 09-05432 JSW

    v.                                **ORDER TO SHOW CAUSE**

MARIO LOPEZ,

    Defendant.
_____/

On December 8, 2009, Plaintiff Bank of New York filed a motion to remand. On December 17, 2009, after Defendant declined to proceed before a Magistrate Judge, this case was reassigned to the undersigned. On December 17, 2009, Plaintiff filed an amended motion for remand, which was noticed for January 22, 2010. However, on December 18, 2009, Plaintiff renoticed the motion for February 12, 2010. Pursuant to the Northern District Civil Local Rules, Defendant's opposition was due on January 22, 2010. Defendant has not filed an opposition to the motion.

Accordingly, Defendant is HEREBY ORDERED to show cause why Plaintiff's motion should not be granted as unopposed and why this matter should not be remanded. Defendant's response to this Order to Show Cause shall be due by no later than February 5, 2010. Plaintiff may file a reply to Defendant's response to the Order to Show Cause by no later than February 12, 2010. The hearing set for February 12, 2010 shall be continued to March 5, 2010 at 9:00 a.m. If Defendant fails to file a response to this Order to Show Cause on or before February 5, 2010, the Court shall deem the motion to remand to be unopposed and shall rule on it without

further notice to Defendant.

Defendant is HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Defendant also may wish to seek assistance from the Legal Help Center. Defendant may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: January 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK,

    Plaintiff,

v.

MARIO LOPEZ et al,

    Defendant.
                                           /

Case Number: CV09-05432 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Lopez
17361 Lake View Drive
Morgan Hill, CA 95037

Dated: January 28, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk